Brett M. Anders, Esq. (Bar ID #015201997)
Kurt J. Ferdenzi, Esq. (Bar ID #336142021)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
T: (908) 795-5200
F: (908) 464-2614
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMANTHA ARRASMITH,<br><br>                              Plaintiff,<br><br>             v.<br><br>SHORE TOYOTA, SCOTT RICHARDSON, MICHELLE PEREZ, JOHN DOE EMPLOYEES 1-10,<br><br>                              Defendants. | Hon. _____, U.S.D.J.<br>Civil Action No. 21-08786<br><br>**DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Richardson Enterprises, Inc. d/b/a Shore Toyota (improperly pled as "Shore Toyota") ("Defendant"), hereby discloses that it: (i) is a non-governmental entity; (ii) does not have a parent company; and (iii) does not have any publicly held corporation which owns 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS P.C.

By: *s/Brett M. Anders*
        Brett M. Anders

ATTORNEYS FOR DEFENDANT

Dated: April 9, 2021
4839-0194-4545, v. 1