Brett M. Anders, Esq.
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMANTHA ARRASMITH, | Civil Action No. 21-08786 (RMB) (SAK) |
| Plaintiff, | |
| v. | **DEFENDANTS' FUNDING STATEMENT PURSUANT TO FED. R. CIV. P. 7.1.1** |
| SHORE TOYOTA, SCOTT RICHARDSON, MICHELLE PEREZ, JOHN DOE EMPLOYEES 1-10, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1.1, Defendants Richardson Enterprises, Inc. d/b/a/ Shore Toyota, Scott Richardson, and Michelle Perez (collectively "Defendants"), by and through their undersigned counsel, hereby disclose that there is no person or entity that is funding some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis on Defendants' behalf in exchange for (a) a contingent financial interest based upon the results of the litigation or (b) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Respectfully submitted,

**JACKSON LEWIS P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

By: */s/ Brett M. Anders*
    Brett M. Anders
    ATTORNEY FOR DEFENDANTS

Dated: July 30, 2021

4824-1405-3617, v. 1